United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.

**MICHAEL RYAN GRAYBILL &
ANDREW JOSEPH SCARPA,**

    *Defendants.*

MDFL No. 3:24-mj-1554-PDB
DAZ No. CR-24-1896-PHX-DJH

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Initial Appearance on Indictment out of the District of Arizona |
| **Date** | December 16, 2024 |
| **Time** | 4:29–47 p.m. |
| **Judge** | Patricia Barksdale, U.S. Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen |
| **Counsel for U.S.** | Rachel Lasry, Assistant U.S. Attorney |
| **Counsel for Defendants** | Lisa Call, Assistant Federal Defender (Scarpa)<br>Jim Glober (Graybill) |
| **Pretrial Services Officer** | Kimberly Barrett |
| **Digital/Reporter** | Digital |

Judge Barksdale asked Ms. Call and Mr. Glober to appear for possible appointment.

Messrs. Graybill and Scarpa were arrested on December 16, 2024, in the Middle District of Florida on an indictment out of the District of Arizona.

Judge Barksdale advised Messrs. Graybill and Scarpa of their right to remain silent.

Judge Barksdale asked Messrs. Graybill and Scarpa questions to assess competency.

Ms. Lasry summarized the charge and the possible penalties.

Judge Barksdale ordered the United States to produce *Brady* material and explained the sanctions for failing to do so.

Messrs. Graybill and Scarpa each stated their general understanding of what they are charged with and the penalties if convicted.

Judge Barksdale advised Messrs. Graybill and Scarpa of the right to counsel and the right to self-representation. Mr. Scarpa said his mother planned to retain counsel. For now, they both requested court-appointed counsel. Ms. Loeschen placed them under oath, and Judge Barksdale questioned them about their respective financial condition. Based on the responses, Judge Barksdale found that they are unable to afford counsel and appointed the lawyers with the Federal Defender's Office to represent Mr. Scarpa in this case while in this district and Mr. Glober to represent Mr. Graybill in this case while in this district. Written orders will follow.

Ms. Lasry moved for Messrs. Graybill's and Scarpa's detention and for a continuance of the detention hearings. Ms. Call and Mr. Glober had no opposition to a continuance. Judge Barksdale advised Messrs. Graybill and Scarpa of their right to a detention hearing.

Judge Barksdale advised Messrs. Graybill and Scarpa of Fed. R. Crim. P. 20 (transfer) and their right to production of the warrant (or its equivalent) and an identity hearing, and scheduled the identity and detention hearings for **December 18, 2024, at 2:30 p.m.**